44

994 A.2d 1079

D.R.C., Sr.

v.

J.A.Z.

v.

Pennsylvania Department of Corrections, Intervenor.

Petition of Pennsylvania Department
Of Corrections, Intervenor.

Supreme Court of Pennsylvania.

May 11, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of May 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does an interpretation of the Domestic Relations Code that requires the Department of Corrections to provide counseling to currently incarcerated felons, including those under a life sentence, so that they may obtain, "custody, partial custody or visitation," of a minor child produce an absurd result?

(2) Can a custody court order the Department of Corrections to provide and pay for parental-custody-related counseling for a state inmate when the Department is not a party to the custody proceedings and where no statute directs that it is to assume this cost?